

MORGENSTEIN & JUBELIRER LLP
JEAN L. BERTRAND (CSB #83250)
ADRIENNE S. LEIGHT (CSB #226854)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
M. DIANE KOKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. DIANE KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in her official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ALL RISK INSURANCE SERVICES, INC., AMERICAN ALL RISK BENEFITS SERVICES, INC., AMERICAN ALL-RISK BROKER SERVICES, INC. and XYZ CORPS. 1-10 and DOES 1-10, inclusive,,<br><br>Defendants. | Case No.: C 05 3008 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Anthony R. Twardowski, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is Wolf, Block, Schorr and Solis-Cohen, LLP, 1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103, (215) 977-2042, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff M. Diane Koken,

///

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
3  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4  designated in the application shall constitute notice to the party. All future filings are
5  subject to the requirements contained in Federal Order No. 45, *Electronic Case Filing*.

7  DATED: August 26, 2005

Hon. Jeffrey White
United States District Court